In the Matter of HENRY S. WELLER et al., Respondents, against MARGRETHE CALLISTER, as Executrix of HERBERT J. CALLISTER, Deceased, Appellant.

(Argued March 4, 1936; decided March 20, 1936.)

*Sol A. Klein* and *Theodore Reiss* for appellant.

*Howard A. Rochford* and *Stanley F. Maslak* for respondents.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.